VIO CHEMICAL CO., Respondent, v. STUDHOLME, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by the Vio Chemical Company against Foster Studholme.

PER CURIAM. Judgment affirmed, with costs. See 103 N. Y. Supp. 463.

KRUSE, J., dissents.